**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mmkimyal Gaines<br> <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 18-10576 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Global Lending Services LLC and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            jwarmbrodt@kmllawgroup.com
                            Attorney I.D. No. 42524
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            Phone: (215)-627-1322
                            Attorney for Movant/Applicant