**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mmkimyal Gaines** | Social Security number or ITIN  **xxx–xx–5896** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–10576–TPA**

# Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mmkimyal Gaines

<u>9/12/18</u>

**By the court:** <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                    Case No. 18-10576-TPA
Mmkimyal Gaines                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: admin          Page 1 of 3          Date Rcvd: Sep 12, 2018
                           Form ID: 318         Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
```
db        +Mmkimyal Gaines,    225 East 25th Street,     Erie, PA 16503-1932
14861009  +Alenda Houston,    5044 Spearfish Place,    Waldorf, MD 20603-4370
14861010  +Allstate Insurance Company,    P.O. Box 660598,    Dallas, TX 75266-0598
14861016  ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
           (address filed with court: Choice Recovery,    1550 Old Henderson Road,    Suite 100,
           Columbus, OH 43220)
14861019  +CMC Faculty,    4135 South Stream Blvd,    Charlotte, NC 28217-4523
14861013  +Cbe Group,    Attn: Bankruptcy Department,    Po Box 900,    Waterloo, IA 50704-0900
14861017  +City of Shelby North Carolina,    PO Box 207,    Shelby, NC 28151-0207
14861018  +Cleveland Internal Medicine,    4135 South Stream Blvd,    Suite 400,    Charlotte, NC 28217-4636
14861023   Dedrick Kimble,    3506 Concord Avenue,    Shelby, NC 28152
14861024  +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14861026  +Edinboro University,    Mcnernery Hall,    Edinboro, PA 16444-0001
14861028  +Financial Data Systems,    Attn: Bankruptcy,    Po Box 688,    Wrightsville Beach, NC 28480-0688
14861038  +Jacquelene Gore,    225 East 25th Street,    Erie, PA 16503-1932
14861039  +John E. Crossland/TEK-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14861040  +Medical Data Systems Inc,    Attn: Bankruptcy Dept,    2001 9th Ave Ste 312,
           Vero Beach, FL 32960-6413
14861041   Michael Bell,    2425 Shuda Ave Apt. C,    Gastonia, NC 28054
14861047  +PMAB, LLC,    Po Box 12150,    Charlotte, NC 28220-2150
14861045  +Penelec,    PO Box 16001,    Reading, PA 19612-6001
14861046  +Pinehurst Pathology Center,    300 East Arlington BD Ste 6-A,    Greenville, NC 27858-5050
14861048  +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield, OH 44143-2182
14861049  +Queen City Dental,    9010 Glenwater Drive,    Charlotte, NC 28262-8592
14861050  +Raeford City Hall,    315 N. Main Street,    Raeford, NC 28376-2649
14861051  +RealtyLink, LLC,    550 S Main St #300,    Greenville, SC 29601-2541
14861053   State Farm,    1 State Farm Plaza,    Bloomington, IL 61701
14861057  +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         E-mail/Text: jmelaragno@iq7technology.com Sep 13 2018 02:26:24    John C. Melaragno, Trustee,
           502 West 7th Street.,    Erie, PA 16502-1333
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:24:15     Pennsylvania Dept. of Revenue,
           Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
           Harrisburg, PA  17128-0946
14861011  +EDI: GMACFS.COM Sep 13 2018 05:58:00     Ally Financial,    Attn: Bankruptcy Dept,
           Po Box 380901,    Bloomington, MN 55438-0901
14861012  +EDI: CAPITALONE.COM Sep 13 2018 05:58:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
           Salt Lake City, UT 84130-0285
14861014  +E-mail/Text: bzern@celticbank.com Sep 13 2018 02:26:33    Celtic Bank,
           268 South State Street, Suite 300,    Salt Lake City, UT 84111-5314
14861015  +E-mail/Text: mduckett@cmcu.org Sep 13 2018 02:26:19     Charlotte Metro Cred,    718 Central Ave,
           Charlotte, NC 28204-2024
14861020  +EDI: WFNNB.COM Sep 13 2018 05:58:00     Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
           Po Box 182125,    Columbus, OH 43218-2125
14861021  +EDI: WFNNB.COM Sep 13 2018 05:58:00     Comenitybank/New York & Co,    Attn: Bankruptcy Dept,
           Po Box 182125,    Columbus, OH 43218-2125
14861022  +EDI: RCSFNBMARIN.COM Sep 13 2018 05:58:00     Credit One Bank,    Payment Services PO Box 60500,
           City of Industry, CA 91716-0500
14861025  +EDI: DIRECTV.COM Sep 13 2018 05:58:00     DirectTV,    PO Box 5007,
           Carol Stream, IL 60197-5007
14861027  +E-mail/Text: bknotice@ercbpo.com Sep 13 2018 02:25:15     ERC/Enhanced Recovery Corp,
           Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14861029  +EDI: BLUESTEM Sep 13 2018 05:58:00     Fingerhut,    Bankruptcy Dept,    6250 Ridgewood Rd,
           Saint Cloud, MN 56303-0820
14861030  +EDI: AMINFOFP.COM Sep 13 2018 05:58:00     First Premier Bank,    601 S Minnesota Ave,
           Sioux Falls, SD 57104-4868
14861035   EDI: GLS.COM Sep 13 2018 05:58:00     Global Lending Services LLC,    PO BOX 935538,
           Atlanta, GA 31193
14861031  +EDI: PHINGENESIS Sep 13 2018 05:58:00     Genesis Bc/celtic Bank,    Attn: Bankruptcy,
           268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
14861032  +EDI: CBS7AVE Sep 13 2018 05:58:00     Ginny's,    PO Box 2825,    Monroe, WI 53566-8025
14861033  +EDI: CBS7AVE Sep 13 2018 05:58:00     Ginnys/Swiss Colony Inc,    Attn: Credit Department,
           Po Box 2825,    Monroe, WI 53566-8025
14861034  +EDI: GLS.COM Sep 13 2018 05:58:00     Global Lending Service,    Attn: Bankruptcy,
           Po Box 10437,    Greenville, SC 29603-0437
14861037   EDI: IRS.COM Sep 13 2018 05:58:00     Internal Revenue Service,    PO Box 21125,
           Philadelphia, PA 19114
14861042  +EDI: CBS7AVE Sep 13 2018 05:58:00     Midnight Velvet,    Swiss Colony/Midnight Velvet,
           1112 7th Ave,    Monroe, WI 53566-1364
14861043  +EDI: CBS7AVE Sep 13 2018 05:58:00     Montgomery Ward,    PO Box 2855,    Monroe, WI 53566-8055
14861044  +E-mail/Text: bankruptcy@onlineis.com Sep 13 2018 02:25:52     Online Collections,    Po Box 1489,
           Winterville, NC 28590-1489
```

```
District/off: 0315-1          User: admin           Page 2 of 3           Date Rcvd: Sep 12, 2018
                             Form ID: 318            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14861973     +EDI: PRA.COM Sep 13 2018 05:58:00      PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
14861052      EDI: NEXTEL.COM Sep 13 2018 05:58:00       Sprint,   PO Box 4191,   Carol Stream, IL 60197
14861054     +EDI: RMSC.COM Sep 13 2018 05:58:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy Dept,
              Po Box 965060,   Orlando, FL 32896-5060
14861055     +EDI: RMSC.COM Sep 13 2018 05:58:00      Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,
              Po Box 965060,   Orlando, FL 32896-5060
14861056      EDI: AISTMBL.COM Sep 13 2018 05:58:00      T-Mobile,   P.O BOX 742596,   Cincinnati, OH 45274
14861058     +EDI: VERIZONCOMB.COM Sep 13 2018 05:58:00       Verizon,   Attn: Wireless Bankruptcy Admin,
              500 Technology Dr Ste 500,   Weldon Springs, MO 63304-2225
14861059     +EDI: VERIZONCOMB.COM Sep 13 2018 05:58:00       Verizon Wireless,   500 Technology Drive,
              Suite 550,   Weldon Springs, MO 63304-2225
                                                                              TOTAL: 29
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Global Lending Services LLC
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14861074*    +Alenda Houston,   5044 Spearfish Place,   Waldorf, MD 20603-4370
14861075*    +Allstate Insurance Company,   P.O. Box 660598,   Dallas, TX 75266-0598
14861076*    +Ally Financial,   Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
14861081*    ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
              (address filed with court: Choice Recovery,   1550 Old Henderson Road,   Suite 100,
              Columbus, OH 43220)
14861084*    +CMC Faculty,   4135 South Stream Blvd,   Charlotte, NC 28217-4523
14861077*    +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14861078*    +Cbe Group,   Attn: Bankruptcy Department,   Po Box 900,   Waterloo, IA 50704-0900
14861079*    +Celtic Bank,   268 South State Street, Suite 300,   Salt Lake City, UT 84111-5314
14861080*    +Charlotte Metro Cred,   718 Central Ave,   Charlotte, NC 28204-2024
14861082*    +City of Shelby North Carolina,   PO Box 207,   Shelby, NC 28151-0207
14861083*    +Cleveland Internal Medicine,   4135 South Stream Blvd,   Suite 400,   Charlotte, NC 28217-4636
14861085*    +Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
              Columbus, OH 43218-2125
14861086*    +Comenitybank/New York & Co,   Attn: Bankruptcy Dept,   Po Box 182125,
              Columbus, OH 43218-2125
14861087*    +Credit One Bank,   Payment Services PO Box 60500,   City of Industry, CA 91716-0500
14861088*     Dedrick Kimble,   3506 Concord Avenue,   Shelby, NC 28152
14861089*    +Dept of Ed / 582 / Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14861090*    +DirectTV,   PO Box 5007,   Carol Stream, IL 60197-5007
14861092*    +ERC/Enhanced Recovery Corp,   Attn: Bankruptcy,   8014 Bayberry Road,
              Jacksonville, FL 32256-7412
14861091*    +Edinboro University,   Mcnerney Hall,   Edinboro, PA 16444-0001
14861093*    +Financial Data Systems,   Attn: Bankruptcy,   Po Box 688,   Wrightsville Beach, NC 28480-0688
14861094*    +Fingerhut,   Bankruptcy Dept,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
14861095*    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14861100*    ++GLOBAL LENDING SERVICES LLC,   C O RESURGENT CAPITAL SERVICES,   55 BEATTIE PLACE,   STE 110,
              GREENVILLE SC 29601-5115
              (address filed with court: Global Lending Services LLC,   PO BOX 935538,   Atlanta, GA 31193)
14861096*    +Genesis Bc/celtic Bank,   Attn: Bankruptcy,   268 South State Street Ste 300,
              Salt Lake City, UT 84111-5314
14861097*    +Ginny's,   PO Box 2825,   Monroe, WI 53566-8025
14861098*    +Ginnys/Swiss Colony Inc,   Attn: Credit Department,   Po Box 2825,   Monroe, WI 53566-8025
14861099*    +Global Lending Services,   Attn: Bankruptcy,   Po Box 10437,   Greenville, SC 29603-0437
14861101*    +HHGregg,   4151 E 96th St,   Indianapolis, IN 46240-1442
14861102*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,   PO Box 21125,   Philadelphia, PA 19114)
14861103*    +Jacquelene Gore,   225 East 25th Street,   Erie, PA 16503-1932
14861104*    +John E. Crossland/TEK-Collect Inc.,   871 Park Street,   Columbus, OH 43215-1441
14861105*    +Medical Data Systems Inc,   Attn: Bankruptcy Dept,   2001 9th Ave Ste 312,
              Vero Beach, FL 32960-6413
14861106*     Michael Bell,   2425 Shuda Ave Apt. C,   Gastonia, NC 28054
14861107*    +Midnight Velvet,   Swiss Colony/Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
14861108*    +Montgomery Ward,   PO Box 2855,   Monroe, WI 53566-8055
14861109*    +Online Collections,   Po Box 1489,   Winterville, NC 28590-1489
14861112*    +PMAB, LLC,   Po Box 12150,   Charlotte, NC 28220-2150
14861110*    +Penelec,   PO Box 16001,   Reading, PA 19612-6001
14861111*    +Pinehurst Pathology Center,   300 East Arlington BD Ste 6-A,   Greenville, NC 27858-5050
14861113*    +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield, OH 44143-2182
14861114*    +Queen City Dental,   9010 Glenwater Drive,   Charlotte, NC 28262-8592
14861115*    +Raeford City Hall,   315 N. Main Street,   Raeford, NC 28376-2649
14861116*    +RealtyLink, LLC,   550 S Main St #300,   Greenville, SC 29601-2541
14861117*    ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
              OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint,   PO Box 4191,   Carol Stream, IL 60197)
14861118*     State Farm,   1 State Farm Plaza,   Bloomington, IL 61701
14861119*    +Synchrony Bank/ JC Penneys,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14861120*    +Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0315-1          User: admin              Page 3 of 3            Date Rcvd: Sep 12, 2018
                             Form ID: 318              Total Noticed: 54

             ***** BYPASSED RECIPIENTS (continued) *****
14861121*     ++T MOBILE,   C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
             (address filed with court:  T-Mobile,   P.O BOX 742596,   Cincinnati, OH 45274)
14861122*     +TekCollect Inc,   Po Box 1269,   Columbus, OH 43216-1269
14861123*     +Verizon,   Attn: Wireless Bankrupty Admin,   500 Technology Dr Ste 500,
             Weldon Springs, MO 63304-2225
14861124*     +Verizon Wireless,   500 Technology Drive,   Suite 550,   Weldon Springs, MO 63304-2225
14861036      ##+HHGregg,   4151 E 96th St,   Indianapolis, IN 46240-1442
                                                                         TOTALS: 1, * 52, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka  Seelinger    on behalf of Debtor Mmkimyal  Gaines rebeka@seelingerlaw.com
                                                                         TOTAL: 4